1 | Thiago Coelho, SBN 324715
2 | thiago@wilshirelawfirm.com
  | **WILSHIRE LAW FIRM**
3 | 3055 Wilshire Blvd., 12th Floor
4 | Los Angeles, California 90010
  | Telephone: (213) 381-9988
5 | Facsimile: (213) 381-9989
6 | *Attorney for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTER-CONTINENTAL HOTELS CORPORATION d/b/a Hotel Indigo, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-05940-ODW-KS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Meghan Downing hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: November 10, 2021                              Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 10, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: November 10, 2021   /s/ *Thiago M. Coelho*
                                                      Thiago M. Coelho