UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:21-cv-05940-ODW-(KSx) | Date | December 13, 2021 |
|---|---|---|---|
| Title | *Meghan Downing v. Inter-Continental Hotels Corporation* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**                     **In Chambers**

On November 10, 2021, Plaintiff filed a Notice of Settlement.  (ECF No. 24.)  Accordingly, the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 by December 10, 2021.  (ECF No. 25.)  In its Order, the Court advised the parties that, "Failure to timely comply with this order shall result in the dismissal of this action without further notice."  (*Id.*)  The Court then issued an Order denying the parties' stipulated request to extend the dismissal deadline.  (ECF No. 27.)  To date, the parties have failed to file a timely dismissal.

As previously stated, "[t]he Court has no interest in monitoring parties' compliance with the terms of a settlement agreement.  Given that the parties have settled the matter, this case should be dismissed.  Any failure to satisfy the terms of the parties' settlement agreement, including payment, should be enforced in a subsequent lawsuit."  Accordingly, the Court hereby **DISMISSES** this action.

The Clerk of the Court shall close this case.

:   00

Initials of Preparer   SE